PROB 12B
ED/AR (12-2012)

# United States District Court

## for the

## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 15 2016
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

### Request for Modifying the Conditions or Term of Supervision With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | Stephen Ray Sims | Case Number: | 0860 4:11CR00290-009 |

Name of Sentencing Judicial Officer: Honorable J. Leon Holmes
United States District Judge

Original Offense: Conspiracy To Possess With Intent To Distribute Oxycodone

Date of Sentence: January 23, 2013

Original Sentence: 50 months Bureau of Prisons followed by 36 months supervised release

November 1, 2015: Sentence reduced to 40 months imprisonment, all provisions of previous judgment remain in effect.

| | | | |
|---|---|---|---|
| Type of Supervision: Term Of Supervised Release | | Date Supervision Commenced: | December 06, 2015 |
| | | Date Supervision Expires: | December 05, 2018 |
| U.S. Probation Officer: Dwayne Ricks | Asst. U.S. Attorney: Stephanie Mazzanti | Defense Attorney: | To be appointed |

---

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

**The defendant will participate in a mental health program under the guidance and supervision of the probation office. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.**

## CAUSE

On July 27, 2016, during a conversation with Mr. Sims, he indicated having issues with anxiety and depression and requested mental health counseling. On July 28, 2016, during a conversation between Assistant Federal Public Defender Jenniffer Horan and Mr. Sims, Ms. Horan reviewed the modification with Mr. Sims. Ms. Horan agreed with the modification and advised him to sign the modification. On this same date, Mr. Sims signed the attached Waiver of Hearing to Modify Court Order, agreeing to participate in mental health treatment.

Prob 12B  -2-  Request for Modifying the
Conditions or Term of Supervision
With Consent of the Offender

Name of Offender: Stephen Ray Sims  Case Number: 0860 4:11CR00290-009

_____  _____
Dwayne Ricks                    Stephanie Mazzanti
U.S. Probation Officer          Assistant U.S. Attorney

Date: August 5, 2016            Date: 8-5-16

Approved by:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____  _____
Honorable J. Leon Holmes         Date: August 15, 2016
United States District Judge

c:
  Assistant U.S. Attorney, Stephanie Mazzanti

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant will participate in a mental health program under the guidance and supervision of the probation office. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

Witness _____  Signed _____
       (U.S. Probation Officer)                   (Probationer or Supervised Releasee)

                                    7/28/16
                                    (Date)