IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     NO. 4:11CR00290-09 JLH

STEPHEN SIMS     DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Wednesday, March 29, 2017, for a scheduled hearing on the government's motion to revoke the supervised release of defendant Stephen Sims. Document #643. Assistant United States Attorney Stephanie Mazzanti was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Molly Sullivan.

Based on the defendant's admission of the violations outlined in the motion, the Court determined that defendant's supervised release should be revoked. The motion to revoke supervised release is GRANTED. Document #643.

IT IS THEREFORE ORDERED that defendant is sentenced to a term of imprisonment of **15 DAYS (with a release date of April 5, 2017)**. Supervised release is reimposed and will expire on December 5, 2018.

All other conditions of supervised release previously imposed will remain in full force and effect throughout the duration of supervision.

IT IS SO ORDERED this 29th day of March, 2017.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE